McGREGOR W. SCOTT
United States Attorney
EDMUND BRENNAN
DAVID SHELLEDY
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>    Defendants. | No: S-05-1502 LKK/JFM<br><br>**REQUEST AND ORDER TO RESCHEDULE MOTIONS HEARING** |

   Defendants respectfully request that the hearing on motions currently set for 10:00 a.m. on April 10, 2006 be rescheduled to 10:00 a.m. on April 24, 2006.

   The reason for this request is that the undersigned counsel has an out-of-town commitment on April 10.

   Michael W. Graf, Esq. (counsel for plaintiffs Forest Issues Group, CNPS, CIBA, Sierra Foothills Audubon Society, and South

1

Yuba River Citizens League) has authorized the undersigned to represent that he has consulted counsel for the other parties and all consent to this request.

December 22, 2005                    Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney


                                By: /s/ David T. Shelledy
                                     EDMUND F. BRENNAN
                                     DAVID T. SHELLEDY
                                     Assistant U.S. Attorneys

**ORDER**

   It is so ordered.

Dated: January 6, 2006           /s/Lawrence K. Karlton
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT