McGREGOR W. SCOTT
United States Attorney
EDMUND BRENNAN
DAVID SHELLEDY
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS *et al.*, | Consolidated Case No. 2:05-CV-01502-LKK-JFM |
| Plaintiffs, | **STIPULATION AND ORDER RE MODIFICATION OF BRIEFING AND HEARING SCHEDULE** |
| v. | |
| UNITED STATES FOREST SERVICE *et al*, | Honorable Lawrence K. Karlton |
| Defendants. | |

Whereas Defendants have requested additional time for briefing because of time conflicts with other pending cases,

The parties hereby stipulate, subject to the court's permission, to the following changes and conditions for a continuance of the hearing and briefing schedule.

1. Opening Briefs shall be due on or before June 16, 2006;

2. Opposition Briefs shall be due on or before July 14, 2006;

3. Reply Briefs shall be due on or before August 4, 2006;

4. The Hearing currently scheduled for July 14, 2006 is to be continued to a date convenient to the court in approximately mid-October or as soon thereafter that it may be scheduled by the Court;. and

5. Defendants agree not to implement any part of the Cottonwood Project prior to a ruling by the Court on the merits, subject to the following conditions:

    a. The Sierraville Ranger District may apply herbicides in test plots during the spring of 2006 as part of their testing program.  Testing will include establishing test plots in which each plot receives a different concentration of each herbicide.  Individual plot size may vary depending on the size and percentage of brush present, but will average approximately 0.32 acres for 8 plots.  Testing may apply approximately 8 gallons of herbicide solution, which equates to approximately 4.48 ounces of Garlon 4 and approximately 19.2 ounces of Accord Concentrate.  Defendants shall provide 48 hours notice to Plaintiffs prior to herbicide applications on the test plots.  Notice will include the time, duration and location of herbicide applications.

    b. Subsequent to the hearing on this matter, Defendants may terminate their obligations under Paragraph 5 of this stipulation and order by giving Plaintiffs 60 days advance notice of their intent to commence herbicide applications approved in the

1

Cottonwood Project.  The stipulation and order shall terminate on the 61st day after

service of such notice on counsel for Plaintiffs.

Respectfully submitted, May 3, 2006

        For all defendants:
        McGREGOR W. SCOTT
        United States Attorney


        By: /s/ Edmund F. Brennan
        EDMUND F. BRENNAN
        Assistant U.S. Attorney

        For all plaintiffs:


        /s/ Michael W. Graf
        MICHAEL W. GRAF

## ORDER

The above stipulation is APPROVED AND SO ORDERED.  The hearing on the cross motions for summary judgment is hereby CONTINUED to September 1, 2006 at 10:00 a.m. in Courtroom No. 4.

DATED this 9th day of May, 2006.


        /s/Lawrence K. Karlton
        LAWRENCE K. KARLTON
        Senior Judge

3