UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, a non-profit
corporation, et al.,

NO. CIV. S-05-1502 LKK/JFM

      Plaintiffs,

  v.

O R D E R

UNITED STATES FOREST SERVICE,
et al.,

      Defendants.
_____/

    Defendants in the above-captioned case have notified the court that a U.S. Court of Appeals for the Ninth Circuit decision, Earth Island Institute v. United States Forest Service, 442 F.3d 1147 (9th Cir. 2006), will affect the decision under review in this case.[1]  Defendants have filed a petition for rehearing en banc in

---

[1] Government counsel "concluded that the challenged decision does not satisfy the additional requirements subsequently imposed by Earth Island Institute."

1

1 the Ninth Circuit Court of Appeals and request that the court stay
2 this case until all appellate proceedings are resolved.  The court
3 has reviewed defendants' request and plaintiffs' response and
4 hereby ORDERS as follows:
5      1.  The above-captioned case is STAYED until all appellate
6 proceedings in <u>Earth Island Institute</u> have concluded.  The parties
7 shall notify the court via written correspondence within five (5)
8 days of the conclusion of such proceedings.
9      2.  Defendants are ENJOINED from implementing the Record of
10 Decision while this case is stayed by the court.
11      3.  All dates currently set in the above-captioned case are
12 VACATED.
13      IT IS SO ORDERED.
14      DATED:   June 16, 2006
15                                   _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
16                                   UNITED STATES DISTRICT COURT