UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, a non-profit
corporation, et al.,

                                              NO. CIV. S-05-1502 LKK/JFM

      Plaintiffs,

  v.                                       O R D E R

UNITED STATES FOREST SERVICE,
et al.,

      Defendants.
                                /

    In light of defendants' status report, a status conference is hereby SET for May 14, 2007 at 10:30 a.m.

    IT IS SO ORDERED.

    DATED: April 11, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT