1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID T. SHELLEDY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2766

5  Attorneys for Defendants

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   CALIFORNIANS FOR ALTERNATIVES )   No. 2:05-CV-01502-LKK-JFM
13 TO TOXICS, et al.,            )
                                 )
14      Plaintiffs,              )   STIPULATION AND ORDER TO
                                 )   CONTINUE STATUS CONFERENCE
15           v.                  )
                                 )
16 UNITED STATES FOREST SERVICE, )
   et al.,                       )
17                               )
        Defendants.              )
18 _____)

19
        Subject to the Court's approval as provided below, the
20
   parties hereby stipulate to continue the status conference
21
   currently set for May 14, 2007 until May 21, 2001 at 1:30 p.m.
22
                                      Respectfully submitted,
23
   For the defendants:                McGREGOR W. SCOTT
24                                    United States Attorney

25

26                                    By: /s/ David T. Shelledy
                                          DAVID T. SHELLEDY
27                                        Assistant U.S. Attorney

28

                                    1

1  For all plaintiffs:

3              /s/ Michael W. Graf
               MICHAEL W. GRAF

5  May 9, 2007

                    ORDER

   IT IS SO ORDERED.

   DATED: May 10, 2007.

               _____
               LAWRENCE K. KARLTON
               SENIOR JUDGE
               UNITED STATES DISTRICT COURT