UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, et al.,

        Plaintiffs,

   v.

UNITED STATES FOREST SERVICE,
et al.,

        Defendants.
_____/

NO. CIV. S-05-1502 LKK/JFM

O R D E R

A status conference was held in chambers on May 21 2007. After hearing, the court orders as follows:

1. Defendant shall file its brief re: dismissal no later than July 9, 2007, plaintiff shall respond no later than July 30, 2007, and defendant shall reply no later than August 15, 2007.

2. A hearing on the motion to dismiss is set for September 10, 2007 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 23, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT