McGREGOR W. SCOTT
United States Attorney
DAVID SHELLEDY
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS *et al.*, | Consolidated Case No. 2:05-CV-01502-LKK-JFM |
| Plaintiffs, | **PARTIES' STIPULATION FOR** |
| v. | **DISMISSAL AND ORDER** |
| UNITED STATES FOREST SERVICE et al., | |
| Defendants. | Honorable Lawrence K. Karlton |

Plaintiffs Californians for Alternatives to Toxics et al. and Defendants Steven Eubanks et al. hereby respectfully submit this stipulation for dismissal and [proposed] order:

Whereas, on February 23, 2005, the District Ranger of the Tahoe National Forest, Sam Wilbanks, approved the Cottonwood Project Final Environmental Impact Statement ("FEIS") with a Record of Decision ("ROD");

Whereas Plaintiffs filed timely appeals of the District Ranger's decision, which were denied by the Forest Supervisor Steve Eubanks;

Whereas Plaintiffs thereafter brought this litigation to challenge the Forest Service's decision approving the ROD and FEIS;

1

Whereas on or about May 14, 2006, Defendants requested the court to suspend further briefing and hold the case in abeyance;

Whereas on May 16, 2006 the Court granted Defendants' request, while also granting Plaintiffs' request for a preliminary injunction during the pendency of the abeyance;

Whereas on May 4, 2007, Defendants withdrew the ROD for the Cottonwood Project;

Whereas on May 21, 2007, the parties appeared at a Joint Status Conference, at which time the parties agreed to a briefing schedule and hearing date of September 10, 2007 on Defendants' proposed Motion to Dismiss;

Whereas the parties now wish to stipulate to dismissal and set a hearing date for Plaintiffs' motion for attorneys' fees;

Accordingly, the parties stipulate to, and request an Order providing:

1. The case is hereby dismissed without prejudice;

2. The briefing schedule for Defendants' Motion to Dismiss is taken off calendar;

3. Plaintiffs shall file a motion for attorneys fees under the Equal Access to Justice Act ("EAJA") by July 24, 2007, Defendants' opposition is due August 10, 2007, and Plaintiffs' reply is due August 24, 2007; and

4. The hearing on Plaintiffs' motion for attorneys fees shall occur on September 10, 2007, at 10:00 (the date and time previously set for Defendants' motion to dismiss).

IT IS SO ORDERED.

Dated:  July 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

Presented by:

For all Defendants:

McGREGOR W. SCOTT
United States Attorney
By: /s/ David Shelledy
DAVID SHELLEDY

For Plaintiff: Californians for Alternatives to Toxics

 /s/ Julia A. Olson
JULIA A. OLSON

For Plaintiffs: Plaintiffs Forest Issues Group, California Native Plant Society, California Indian Basketweavers Association, Sierra Foothills Audubon Society, South Yuba River Citizens League and  Sierra Club - Mother Lode Chapter

 /s/ Michael W. Graf
MICHAEL W. GRAF

CATS - Stip - Dismissal.wpd

3