UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, a non-profit
corporation, et al.,

        NO. CIV. S-05-1502 LKK/JFM

    Plaintiffs,

  v.                      O R D E R

UNITED STATES FOREST SERVICE,
et al.,

    Defendants.
_____/

    The hearing on the motion currently set for September 10, 2007 is hereby CONTINUED to October 9, 2007 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: August 28, 2007.

                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

1