UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, a non-profit
corporation, et al.,

                                        NO. CIV. S-05-1502 LKK/JFM

      Plaintiffs,

 v.                                     O R D E R

UNITED STATES FOREST SERVICE,
et al.,

      Defendants.

    The court orders that its order issued on October 10, 2007 be AMENDED by:

    1.   Replacing "Ms. Duggan" with "Ms. Olson" at page 17 line 20-21 and at page 18 line 13;

    2.   Replacing "Ms. Olson's" with "Mr. Graf's" at page 18 line 24.

    IT IS SO ORDERED.

    DATED: October 29, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT