1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CALIFORNIANS FOR ALTERNATIVES
     TO TOXICS, a non-profit
12   corporation, et al.,
                                               NO. CIV. S-05-1502 LKK/JFM
13
             Plaintiffs,
14
        v.                                           O R D E R
15
     UNITED STATES FOREST SERVICE,
16   et al.,

17           Defendants.
     _____/
18

19        The court is in receipt of defendants' request for entry of

20   judgment.  On July 3, 2007, this action was dismissed without

21   prejudice pursuant to both the parties' stipulation, Fed. R. Civ.

22   P. 41(a)(1)(ii), and court order, Fed. R. Civ. P. 41(a)(2).   On

23   October 11, 2007, the court awarded attorneys' fees, which

24   defendants now seek to appeal.

25        The clerk of the court does not enter judgment where dismissal

26   is without prejudice.   See Concha v. London, 62 F.3d 1493, 1507

                                     1

1 (9th Cir. 1995) ("A voluntary dismissal *without prejudice* is

2 ordinarily *not* a final judgment from which the plaintiff may

3 appeal.") (emphasis in original).

4    In any event, it appears that defendants should be able to

5 appeal the attorneys' fees order without the entry of judgment,

6 because nothing in this case remains to be decided.  <u>Cf.</u> <u>Gates v.</u>

7 <u>Rowland</u>, 39 F.3d 1439, 1450 (9th Cir. 1994) (noting only that

8 *interim* attorneys' fees awards are not appealable[1]); <u>Haitian</u>

9 <u>Refugee Ctr. v. Meese</u>, 791 F.2d 1489, 1494 (11th Cir. 1986) ("the

10 district court's order awarding attorneys' fees is appealable"),

11 <u>vacated on other grounds</u>, 804 F.2d 1573 (11th Cir. 1986).

12    If defendants disagree, they may file further briefing on the

13 issue.

14    IT IS SO ORDERED.

15    DATED: December 7, 2007.

16

17

18                    LAWRENCE K. KARLTON
                       SENIOR JUDGE
19                    UNITED STATES DISTRICT COURT

20

21

22

23

24 _____

25    [1] Although the court in <u>Gates</u> noted that final judgment had
   been entered in finding that an attorneys' fees award was
26 appealable, the more important issue was that the fee award itself
   was final.