UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES
TO TOXICS, a non-profit
corporation, et al.,

        NO. CIV. S-05-1502 LKK/JFM

    Plaintiffs,

  v.                  O R D E R

UNITED STATES FOREST SERVICE,
et al.,

    Defendants.
_____/

    The court is in receipt of defendants' renewed request for entry of judgment, clarifying that defendants wish to appeal not only the attorneys' fees award but also the preliminary injunction. The entry of judgment is barred by the fact that this action was dismissed without prejudice pursuant to the parties' stipulation.

    Accordingly, the renewed request is DENIED.

    IT IS SO ORDERED.

    DATED: December 11, 2007.

1

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT